WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| LOLITA LAHORI,                          )<br>                  Plaintiff,            )<br>                                         )<br>         v.                              )<br>                                         )<br>MICHAEL J. ASTRUE,                       )<br>Commissioner of Social Security,         )<br>                                         )<br>                  Defendant.            )<br>_____ ) | CASE NO.: **EDCV 11-1482 SP**<br><br>ORDER AWARDING<br>EAJA FEES |

        Based upon the parties' Stipulation for Award and Payment of Equal Access
to Justice Act (EAJA) Fees ("Stipulation"),

        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the
Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND
SEVEN HUNDRED TWENTY-NINE DOLLARS and no/cents ($1,729.00), as
authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the
Stipulation.

        DATED: August 31, 2012


                                        /s/
                                 _____
                                 SHERI PYM
                                 UNITED STATES MAGISTRATE JUDGE